| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | BORIS FELDMAN, State Bar No. 128838<br>LEO P. CUNNINGHAM, State Bar No. 121605<br>MEREDITH E. KOTLER, admitted *Pro Hac Vice*<br>JACK I. SIEGAL, jsiegal@wsgr.com, State Bar No. 218088<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>Attorneys for Defendants<br>SYNOPSYS, INC., AART DE GEUS,<br>STEVEN K. SHEVICK, and<br>VICKI ANDREWS | **FILED**<br><br>JUL 12 2005<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WU GROUP, et al.,<br><br>   Plaintiff,<br><br> v.<br><br>SYNOPSYS, INC., AART DE GEUS, STEVEN K. SHEVICK, and RICHARD T. ROWLEY,<br><br>   Defendants. | CASE NO.: C-04-3580-MJJ<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER RE CASE MANAGEMENT CONFERENCE**<br><br>DATE: N/A<br>TIME: N/A<br>JUDGE: Hon. Martin J. Jenkins |

---

STIPULATION AND [PROPOSED] SCHEDULING ORDER RE CASE MANAGEMENT CONFERENCE
CASE NO.: C-04-3580-MJJ

## STIPULATION

WHEREAS, on January 24, 2005, plaintiffs filed their Consolidated Amended Class Action Complaint (the "Amended Complaint") in the above-titled action; and

WHEREAS, on March 25, 2005, defendants Synopsys, Inc., Aart J. de Geus, Steven K. Shevick, and Vicki L. Andrews (collectively "Defendants") filed a motion to dismiss the Amended Complaint under Rule 12 of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, and also filed a motion for sanctions under Rule 11 of the Federal Rules of Civil Procedure; and

WHEREAS, the hearing for both motions was scheduled for June 28, 2005; and

WHEREAS, the June 28, 2005 hearing was taken off calendar and rescheduled for August 2, 2005; and

WHEREAS, the Case Management Conference is currently scheduled for July 12, 2005; and

WHEREAS, the parties submitted their Joint Case Management Statement and [Proposed] Order on July 5, 2005 setting forth their view that a case management conference is premature until the resolution of Defendants' motions due to, among other reasons, the discovery stay required by 15 U.SC. 78u-4(b)(3)(B);

NOW, THEREFORE, subject to the Court's approval, the parties, by and through their respective counsel of record, hereby agree and stipulate to the following:

1. The Case Management Conference scheduled for July 12, 2005, is taken off calendar; and

2. The Case Management Conference shall be rescheduled, if appropriate, after the Court rules on Defendants' pending motions.

IT IS SO STIPULATED.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated: July 8, 2005 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 4 | By: /s/ Jack I. Siegal |
| 5 | Jack I. Siegal<br>650 Page Mill Road<br>Palo Alto, California 94304 |
| 6 | Tel (650) 493-9300<br>Fax (650) 565-5100 |
| 8 | Counsel for Defendants Synopsys, Inc., Aart de Geus, Steven K. Shevick, and Vicki L. Andrews |
| 10  Dated: July 8, 2005 | GREEN WELLING LLP |
| 12 | By: /s/ Robert S. Green<br>Robert S. Green<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>Telephone: (415) 477-6700<br>Facsimile: (415) 477-6710 |
| 15 | Liaison Counsel for Lead Plaintiff and the Proposed Class |
| 17 | SCHIFFRIN & BARROWAY LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br>Michael K. Yarnoff<br>Benjamin J. Sweet<br>Heather M. Tashman |
| 21 | Lead Counsel for Lead Plaintiff and the Proposed Class |

\*   \*   \*   \*

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated: 7/11/2005

_____
The Honorable Martin J. Jenkins
United States District Judge

-2-
STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER RE CASE MANAGEMENT CONFERENCE
CASE NO.: C-04-3580-MJJ

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jack I. Siegal, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of July, 2005 at Palo Alto, California.

By: /s/ Jack I. Siegal
Jack I. Siegal