BORIS FELDMAN, State Bar No. 128838
LEO P. CUNNINGHAM, State Bar No. 121605
MEREDITH E. KOTLER, (admitted *pro hac vice*)
MARK T. OAKES, State Bar No. 234598, moakes@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
SYNOPSYS, INC., AART DE GEUS,
STEVEN K. SHEVICK, and
VICKI ANDREWS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WU GROUP, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNOPSYS, INC., AART DE GEUS, STEVEN K. SHEVICK, and RICHARD T. ROWLEY,<br><br>    Defendants. | CASE NO.: C-04-3580-MJJ<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately Jack I. Siegal is no longer associated with the law firm of Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, CA 94304, telephone (650) 493-9300. Please direct all future mailings to Mark T. Oakes of Wilson Sonsini Goodrich & Rosati, who remains counsel of record for defendants Synopsys, Inc., Aart de Geus, Steven K. Shevick, and Vicki Andrews.

                                                             Respectfully submitted,

Dated: August 22, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                                             Professional Corporation

By:     /s/ Mark T. Oakes
           Mark T. Oakes

650 Page Mill Road
Palo Alto, California 94303-1050
Telephone 650-493-9300
Attorney for Defendants
SYNOPSYS, INC., AART J. DE GEUS,
STEVEN K. SHEVICK, and VICKI L. ANDREWS



IT IS SO ORDERED
Judge Martin J. Jenkins
8/24/2005

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO.: C-04-3580-MJJ

-2-

2711425_1.DOC