BORIS FELDMAN, State Bar No. 128838
LEO P. CUNNINGHAM, State Bar No. 121605
MEREDITH E. KOTLER, (admitted *pro hac vice*)
MARK T. OAKES, State Bar No. 234598, moakes@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
SYNOPSYS, INC., AART DE GEUS,
STEVEN K. SHEVICK, and
VICKI ANDREWS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WU GROUP, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SYNOPSYS, INC., AART DE GEUS, STEVEN K. SHEVICK, and RICHARD T. ROWLEY,<br><br>　　　　Defendants. | CASE NO.: C-04-3580-MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AND ENTRY OF FINAL JUDGMENT** |

WHEREAS, on January 24, 2005, plaintiffs Yeushyr Wu, Robert Wiederhold, Hosein Naaseh-Sahry, and Thomas Ratcliffe, individually and on behalf of the Sara Eastwood Family Trust (collectively the "Lead Plaintiff"), filed their Consolidated Amended Class Action Complaint (the "Consolidated Complaint") in the above-titled action; and

WHEREAS, on March 25, 2005, defendants Synopsys, Inc., Aart J. de Geus, Steven K. Shevick, and Vicki L. Andrews (collectively "Defendants") filed a motion to dismiss the Consolidated Complaint and also filed a motion for sanctions under Rule 11 of the Federal Rules of Civil Procedure; and

WHEREAS, on August 10, 2005, the Court entered an order granting Defendants' motion to dismiss the Consolidated Complaint without prejudice and denying Defendants' motion for sanctions; and

WHEREAS, Lead Plaintiff and Defendants have agreed to dismissal with prejudice in this action provided that each party bear his, her or its own costs and fees incurred in this action.

NOW, THEREFORE, subject to the Court's approval, Plaintiff and Defendants, by and through their respective counsel of record, hereby agree and stipulate to the following:

1. The Consolidated Complaint, and all claims contained therein, shall be dismissed with prejudice.

2. Each party shall bear his, her or its own fees and costs.

3. Final Judgment shall be entered in the form attached hereto as Exhibit A.

IT IS SO STIPULATED.

Dated: August 31, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:     /s/ Leo P. Cunningham
           Leo P. Cunningham
650 Page Mill Road
Palo Alto, California 94304
Tel (650) 493-9300
Fax (650) 565-5100

Counsel for Defendants Synopsys, Inc., Aart de Geus, Steven K. Shevick, and Vicki L. Andrews

| | | |
|---|---|---|
| Dated: August 31, 2005 | | SCHIFFRIN & BARROWAY LLP |

        By:    /s/ Michael K. Yarnoff
            Michael K. Yarnoff
        280 King of Prussia Road
        Radnor, PA 19087
        Telephone:  (610) 667-7706
        Facsimile:  (610) 667-7056

Lead Counsel for Lead Plaintiff and the Proposed Class

GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Robert S. Green

Liaison Counsel for Lead Plaintiff and the Proposed Class

    \*    \*    \*    \*

**ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the parties' stipulation for dismissal with prejudice and entry of final judgment, and good cause therefore appearing, it is hereby ORDERED that:

1.    The Consolidated Complaint, and all claims contained therein, are dismissed with prejudice.

2.    Each party shall bear his, her or its own fees and costs.

3.    Final Judgment shall be entered in the form attached hereto as Exhibit A.

Dated:_____

        The Honorable Martin J. Jenkins
        United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mark T. Oakes, am the ECF User whose identification and password are being used to file this document.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  August 31, 2005                         WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation


                                                By:    /s/ Mark T. Oakes
                                                         Mark T. Oakes

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE AND ENTRY OF JUDGMENT
CASE NO.:  C-04-3580-MJJ