1  BORIS FELDMAN, State Bar No. 128838
   LEO P. CUNNINGHAM, State Bar No. 121605
2  MEREDITH E. KOTLER, (admitted *pro hac vice*)
   MARK T. OAKES, State Bar No. 234598, moakes@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Defendants
7  SYNOPSYS, INC., AART DE GEUS,
   STEVEN K. SHEVICK, and
8  VICKI ANDREWS

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 THE WU GROUP, et al.,              )   CASE NO.: C-04-3580-MJJ
                                      )
14         Plaintiff,                 )
                                      )   **STIPULATION AND [PROPOSED]**
15     v.                             )   **ORDER FOR DISMISSAL WITH**
                                      )   **PREJUDICE AND ENTRY OF**
16 SYNOPSYS, INC., AART DE GEUS, STEVEN )  **FINAL JUDGMENT**
   K. SHEVICK, and RICHARD T. ROWLEY, )
17                                    )
           Defendants.                )
18                                    )
                                      )

---

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE AND ENTRY OF JUDGMENT
CASE NO.: C-04-3580-MJJ

1  WHEREAS, on January 24, 2005, plaintiffs Yeushyr Wu, Robert Wiederhold, Hosein
2  Naaseh-Sahry, and Thomas Ratcliffe, individually and on behalf of the Sara Eastwood Family
3  Trust (collectively the "Lead Plaintiff"), filed their Consolidated Amended Class Action
4  Complaint (the "Consolidated Complaint") in the above-titled action; and

5  WHEREAS, on March 25, 2005, defendants Synopsys, Inc., Aart J. de Geus, Steven K.
6  Shevick, and Vicki L. Andrews (collectively "Defendants") filed a motion to dismiss the
7  Consolidated Complaint and also filed a motion for sanctions under Rule 11 of the Federal Rules
8  of Civil Procedure; and

9  WHEREAS, on August 10, 2005, the Court entered an order granting Defendants'
10 motion to dismiss the Consolidated Complaint without prejudice and denying Defendants'
11 motion for sanctions; and

12 WHEREAS, Lead Plaintiff and Defendants have agreed to dismissal with prejudice in
13 this action provided that each party bear his, her or its own costs and fees incurred in this action.

14 NOW, THEREFORE, subject to the Court's approval, Plaintiff and Defendants, by and
15 through their respective counsel of record, hereby agree and stipulate to the following:

16 1. The Consolidated Complaint, and all claims contained therein, shall be dismissed
17 with prejudice.

18 2. Each party shall bear his, her or its own fees and costs.

19 3. Final Judgment shall be entered in the form attached hereto as Exhibit A.

20 IT IS SO STIPULATED.

21 Dated: August 31, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation

                                            By:     /s/ Leo P. Cunningham
                                                    Leo P. Cunningham
                                            650 Page Mill Road
                                            Palo Alto, California 94304
                                            Tel (650) 493-9300
                                            Fax (650) 565-5100

                                            Counsel for Defendants Synopsys, Inc., Aart de
                                            Geus, Steven K. Shevick, and Vicki L.
                                            Andrews

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE AND ENTRY OF JUDGMENT
CASE NO.: C-04-3580-MJJ
                                            -2-                                  2715831_1.DOC

Dated: August 31, 2005

SCHIFFRIN & BARROWAY LLP

By:    /s/ Michael K. Yarnoff
Michael K. Yarnoff
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Lead Plaintiff and the Proposed Class

GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Robert S. Green

Liaison Counsel for Lead Plaintiff and the Proposed Class

\*   \*   \*   \*

**ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the parties' stipulation for dismissal with prejudice and entry of final judgment, and good cause therefore appearing, it is hereby ORDERED that:

1. The Consolidated Complaint, and all claims contained therein, are dismissed with prejudice.

2. Each party shall bear his, her or its own fees and costs.

3. Final Judgment shall be entered in the form attached hereto as Exhibit A.

Dated: 9/6/2005

                                        */s/ Martin J. Jenkins*
The Honorable Martin J. Jenkins
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mark T. Oakes, am the ECF User whose identification and password are being used to file this document. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 31, 2005    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    /s/ Mark T. Oakes
         Mark T. Oakes