BORIS FELDMAN, State Bar No. 128838
LEO P. CUNNINGHAM, State Bar No. 121605
MEREDITH E. KOTLER, (admitted *pro hac vice*)
MARK T. OAKES, State Bar No. 234598, moakes@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
SYNOPSYS, INC., AART DE GEUS,
STEVEN K. SHEVICK, and
VICKI ANDREWS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WU GROUP, et al., | CASE NO.: C-04-3580-MJJ |
| Plaintiff, | |
| v. | [~~PROPOSED~~] FINAL JUDGMENT |
| SYNOPSYS, INC., AART DE GEUS, STEVEN K. SHEVICK, and RICHARD T. ROWLEY, | |
| Defendants. | |

[~~PROPOSED~~] FINAL JUDGMENT
CASE NO.: C-04-3580-MJJ

1  Based upon the parties' stipulation for dismissal with prejudice and entry of final
2  judgment, and good cause therefore appearing, it is hereby ORDERED, ADJUDGED AND
3  DECREED that:
4      1.    Final Judgment is entered in favor of defendants Synopsys, Inc., Aart J. de Geus,
5  Steven K. Shevick, and Vicki L. Andrews.
6      2.    Each party shall bear his, her or its own fees and costs.
7  IT IS SO ORDERED.
8  Dated: 9/6/2005

                                    */s/ Martin J. Jenkins*
                                  The Honorable Martin J. Jenkins
                                  United States District Judge

[~~PROPOSED~~] FINAL JUDGMENT
CASE NO.: C-04-3580-MJJ

-2-